## In the United States Bankruptcy Court
## Western District of Michigan

In Re:

CLYDE D WILSON
3011 WOODCLIFFE DR
MUSKEGON, MI  49444

Chapter 13
Case No. BG-20-03045

### Trustee's Notice of Intent to Pay Claims

    Now comes the Standing Chapter 13 Trustee who reports that the claims bar date for this case was December 07, 2020.  The claims received and the court's claim register have been examined.  The Trustee finds that the following claims were filed timely.  The claim amount is in the "Amount" column.

    This is a $9,000.00 plan, all creditors classified as an "unsecured" creditor could receive a dividend less than 100%.  Changes inherent in a base plan could cause this percentage to fluctuate.  Please refer to the plan for an estimated dividend.

### Filed Claims

| Name and Address of Creditor | Amount | Classification |
|---|---|---|
| Dietrich & Kenyon Pllc<br>3815 W Saint Joseph St Ste A200<br>Lansing,Mi 48917 | $2,751.95 | ATTORNEY FEE<br>Acct No: XXXXXXXXXXXX |
| Us Bankruptcy Court Clerk<br>Filing Fee<br>1 Division Ave Nw Room 200<br>Grand Rapids,Mi 49503 | $310.00 | FILING FEE<br>Acct No: XXXXXXXXXXXX |
| Check Into Cash<br>% Cic Inc<br>Po Box 550<br>Cleveland,Tn 37364-0550 | $454.61 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXXX6245 |
| American Infosource<br>Po Box 5072<br>Carol Stream,Il 60197 | $502.62 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXXX6980 |
| Westlake Financial Services<br>3440 Flair Dr Lockbox 840132<br>El Monte,Ca 91731 | $4,495.39 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXXX3852 |
| Dte Energy<br>One Energy Plaza 735 Wcb<br>Detroit,Mi 48226 | $313.68 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXXX2694 |

| | | |
|---|---|---|
| Allied Servicing Corporation<br>Po Box 13245<br>Spokane Valley,Wa 99213 | $7,929.03 | PAID IN FULL MORTGAGE<br>Acct No: XXXXXXXXXXXX6479 |
| Allied Servicing Corporation<br>Po Box 13245<br>Spokane Valley,Wa 99213 | $1,300.00 | Fees, Costs, and Expenses (Rule 3002.1)<br>Acct No: XXXXXXXXXXXX6479 |

**Creditors that will be maintained during the plan and paid beyond the plan**

| Name and Address of Creditor | Mortgage Payments by Trustee | Classification |
|---|---|---|
| Allied Servicing Corporation<br>Po Box 13245<br>Spokane Valley,Wa 99213 | $122.48<br>Monthly payments due from date of filing: $0.00 | PAID IN FULL MORTGAGE<br>Acct No:   XXXXXXXXXXXX6479 |

Pursuant to Section 502(a) of the bankruptcy code, all claims filed are deemed allowed.

The debtor is hereby notified to immediately file an objection to any creditor listed, that debtor objects to being paid by the Trustee.  If no objection is received, the claim will be paid as filed, pursuant to the Chapter 13 Plan.

In the Standing Chapter 13 Trustee's examination of claims and review of the court's claim register, a claim has not been filed for the following scheduled creditors.  The Trustee will make no payments to these creditors.

**Creditor with No Claim on Record**

| Name and Address of Creditor | Amount | Classification |
|---|---|---|
| Aaron J. Kenyon<br>Dietrich & Kenyon, Pllc<br>3815 West Saint Joseph Street<br>Suite A200<br>Lansing,Mi 48917 | $0.00 | PRIORITY/ESCROW DEBT<br>Acct No:  XXXXXXXXXXX<br><br>**Scheduled Amount**   $0.00 |
| Approved Cash Advance<br>2085 E Apple Ave Suite A<br>Muskegon Mi 49442 | $0.00 | UNSECURED CREDITOR<br>Acct No:  XXXXXXXXXXX<br><br>**Scheduled Amount**   $300.00 |
| Blue Cross Blue Shield Of Mi<br>600 Lafayette East - Mc 1112<br>Detroit Mi 48226 | $0.00 | UNSECURED CREDITOR<br>Acct No:  XXXXXXXXXXX<br><br>**Scheduled Amount**   $0.00 |
| Cash Store<br>1817 E Sherman Blvd<br>Muskegon Mi 49444 | $0.00 | UNSECURED CREDITOR<br>Acct No:  XXXXXXXXXXX<br><br>**Scheduled Amount**   $0.00 |
| Credit Acceptance Corp<br>25505 W Twelve Mile Rd Ste 3000<br>Southfield,Mi 48034-8339 | $0.00 | UNSECURED CREDITOR<br>Acct No:  XXXXXXXXXXX395<br><br>**Scheduled Amount**   $6,516.00 |
| Frontier<br>Po Box 20550<br>Rochester Ny 14602-0550 | $0.00 | UNSECURED CREDITOR<br>Acct No:  XXXXXXXXXXX<br><br>**Scheduled Amount**   $0.00 |
| Trinity Health<br>Po Box 933327<br>Cleveland Oh 44193 | $0.00 | UNSECURED CREDITOR<br>Acct No:  XXXXXXXXXXX<br><br>**Scheduled Amount**   $0.00 |
| Latasha Bean<br>2520 31St St Sw<br>Wyoming,Mi 49519 | $0.00 | DOMESTIC SUPPORT<br>Acct No:  XXXXXXXXXXX<br><br>**Scheduled Amount**   $0.00 |

    Tax creditors have until 03/29/2021 to file a timely filed claim. If we receive a tax claim you will receive a notice.

The Standing Chapter 13 Trustee reports that timely filed allowed claims will be included in distribution of dividends under debtor's plan.

Dated: March 30, 2021                                                             /s/ Barbara P. Foley

CC:

CLYDE D WILSON
3011 WOODCLIFFE DR
MUSKEGON, MI  49444


DIETRICH & KENYON PLLC
3815 W SAINT JOSEPH ST STE A200
LANSING, MI  48917

## PROOF OF SERVICE

This is to certifiy that the original has been mailed to the Debtor and to the Bankruptcy Court Clerk and Debtor's Attorney via ECF notice on March 30, 2021 by Carol Miller.